## *Ex parte* AUTOMATIC SWITCH COMPANY OF BALTIMORE CITY, PETITIONER.

### PETITION FOR WRIT OF MANDAMUS.

No. 18, Original. Argued February 19, 1906.—Decided March 19, 1906.

Decided on authority of *Ex parte National Enameling and Stamping Co.*, *ante*, p. 156.

*Mr. Philip Mauro*, with whom *Mr. Harold Binney* and *Mr. C. A. L. Massie* were on the brief, for petitioner.[1]

*Mr. W. Clyde Jones*, with whom *Mr. John Ridout* was on the brief, for respondent.

Mr. Justice Brewer delivered the opinion of the court.

This case, though differing in its facts somewhat from the one immediately preceding, presents the same question, and the same order will be entered.